Shahin Motallebi, Esq. SBN 210870
Law Offices of Shahin Motallebi
1575 Westwood Blvd., Suite 201
Los Angeles, CA 90024
(310) 268-1685  Fax: (310) 683-0255
info@lawoffice2.com

JS-6

Attorney for Plaintiff Gary Charles Schonne

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES SCHONNE, AN INDIVIDUAL<br><br>Plaintiff,<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, INC., A FLORIDA CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: 8:17-cv-1013-JVS (JDE)<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

PLEASE TAKE NOTICE that, pursuant to Rules 41(a)(1)(A)(ii) and 41 (c)(2) of the Federal Rules of Civil Procedure Plaintiff GARY CHARLES SCHONNE and Defendant MASTEC NETWORK SOLUTIONS, INC. hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

Dated: January 10, 2019            LAW OFFICES OF SHAHIN MOTALLEBI

                                   By: _____
                                         SHAHIN MOTALLEBI, ESQ.

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER- 1

Dated: January 10, 2019

SHOOK, HARDY & BACON, LLP

By: _____
Mark Tatum, Esq.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 25, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER- 2

Shahin Motallebi, Esq.  SBN 210870
Law Offices of Shahin Motallebi
1575 Westwood Blvd., Suite 201
Los Angeles, CA 90024
(310) 268-1685  Fax: (310) 683-0255
info@lawoffice2.com

Attorney for Plaintiff Gary Charles Schonne

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHARLES SCHONNE, AN INDIVIDUAL<br><br>Plaintiff,<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, INC., A FLORIDA CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No.: 8:17-cv-1013-JVS (JDE)<br><br><br>[PROPOSED] ORDER OF DISMISSAL |

[Type body of pleading here.]

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(l)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:_____                    _____
                                          HON. JAMES V. SELNA
                                          UNITED STATES DISTRICT COURT

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER- 1